UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23685-CIV-WILLIAMS/TURNOFF

JORGE ROBERTO PRADO ARAGON and )
all others similarly situated under 29 U.S.C. )
216(b) )
      Plaintiff, )
  vs. )

COUP D'ETAT, LLC )
COMMODORE, INC/ D/B/A )
GREENSTREET )
SYLVANO BIGNON )

      Defendants. )

**<u>PLAINTIFF'S STATEMENT OF CLAIM</u>**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby file Plaintiff's statement of claim and states as follows:

1. Period of Claim: March 15, 2010 through August 30, 2013: 150 weeks.

**A. <u>Period One:</u>**

2. Period of Claim: March 15, 2010 through August 30, 2013 (Less last 12 weeks): 138 weeks.

3. Average approximation of hours worked per a week: 50.

4. Average hourly wage: $13.00/hr.

5. Halftime overtime rate claimed: $6.50/hr.

6. Calculation of overtime wages owed: 10 hours a week multiplied by $6.50/hr multiplied by 138 weeks, equals $8,970.00.

**B. Period Two:**

7. Period of claim: Last 12 weeks of employment.

8. Total overtime worked: 144 overtime hours.

9. Rate of pay: $13.00/hr.

10. Time and a half rate claimed: $19.50/hr.

11. Overtime claim: 144 hours multiplied by $19.50, equals $2,808.00.

12. Total overtime wages owed: $11,778 multiplied by 2 as liquidated damages: **$23,556.00** plus reasonable attorney's fees and costs.

13. Fees incurred to date $955.00 broken down as follows:

    1) J.H. Zidell, Esq. 1.5 hours at an hourly rate of $350/hr. = $525

    2) Daniel T. Feld, Esq. .6 hours at an hourly rate of $250/hr. = $150.

    3) Christopher Cochran, Esq. 1.4 hours at an hourly rate of $200/hr. = $280.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent CM/ECF to [No Counsel has appeared on behalf of Defendants as of October 28, 2013], on this 28th day of October, 2013.

    Daniel T. Feld, Esq.
    J.H. Zidell, P.A.
    Attorney For Plaintiff
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167

    By:_/s/ Daniel T. Feld _____
        Daniel T. Feld, Esq.
        Florida Bar Number: 0037013